JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Sep 29, 2021**
Michelle Rynne, Clerk of Court

MARGARET C. NAMMAR #9045
CRAIG S. NOLAN
Assistant U.S. Attorneys
United States Attorney's Office
District of Hawaii
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Margaret.Nammar@usdoj.gov
        Craig.Nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 21-1194 RT |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT IN SUPPORT |
| vs. | ) | OF CRIMINAL COMPLAINT |
| | ) | |
| JANET PAULINE NELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about September 17, 2021, within the District of Hawaii, JANET PAULINE NELSON, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//

//

//

//

//

//

//

//

//

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the "Affidavit in Support of Criminal Complaint," which is attached hereto and incorporated herein by reference.

DATED: September 29, 2021, at Honolulu, Hawaii.

_____
JOSHUA KENT
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2), this 29th day of September, 2021.



_____
Rom A. Trader
United States Magistrate Judge

3

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, JOSHUA KENT, being duly sworn, depose and state as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and have been so employed since June 2019. I am currently assigned to the Honolulu District Office where I investigate various drug related crimes: drug trafficking, drug manufacturing, and drug sales. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and make arrests for federal felony offenses.

2. I have been involved in numerous drug-related arrests, numerous search warrants, and surveillance operations. I have debriefed narcotics traffickers following their arrest. I have participated in drug trafficking investigations in which court-authorized wire interception was utilized. Based on my training and experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific types of language used by narcotics traffickers, the unique trafficking patterns employed by narcotics organizations and their patterns of drug abuse.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable

cause for the specified violation of federal law and does not set forth all of my knowledge about this matter.

4. On or about September 17, 2021, law enforcement conducted a traffic stop on a vehicle being driven by JANET PAULINE NELSON ("NELSON") for a traffic violation. During the traffic stop, a Honolulu Police Department narcotics detection canine alerted to the presence of narcotics near NELSON's passenger door. Federal agents searched the vehicle and found approximately three ounces of methamphetamine. The agents read NELSON her *Miranda* rights and she waived her rights and admitted that the methamphetamine was hers. NELSON further admitted that she was distributing narcotics and provided both verbal and written consent for the agents to search her residence.

5. During the search of NELSON's residence, she provided agents access to her safe. In the safe, agents found approximately two pounds of methamphetamine and 175 gross grams of cocaine. NELSON admitted that the methamphetamine and cocaine in the safe belonged to her, that she had a source who was supplying her with the narcotics and that she was distributing the narcotics to others.

6. The crystal methamphetamine and cocaine seized from NELSON were field tested by DEA and showed positive for the presence of methamphetamine and cocaine. The narcotics were then sent to the DEA

Southwest Laboratory for testing and further analysis. Results from the lab are pending. Methamphetamine and cocaine are Schedule II controlled substances.

7. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that JANET PAULINE NELSON, the defendant, committed the aforementioned offense.

DATED: September 29, 2021, at Honolulu, Hawaii.

_____
JOSHUA KENT
Special Agent
Drug Enforcement Administration

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 2:50 p.m. on September 29, 2021.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 29th day of September 2021.



_____
Rom A. Trader
United States Magistrate Judge

3